UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| SONJI DENISE ROBINSON, *et al.*, ) | |
| ) | |
|    *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-172 |
| ) | |
| CLEVELAND CITY PUBLIC ) | Judge Mattice |
| SCHOOL SYSTEM BOARD OF ) | |
| EDUCATION, *et al.*, ) | |
| ) | |
|    *Defendants.* ) | |

## ORDER

United States Magistrate Judge William B. Mitchell Carter filed his report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). [Court Doc. No. 82.] Neither party filed objections within the given 10 days.

After reviewing the record, the Court agrees with Magistrate Judge Carter's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

Accordingly, the Court **ORDERS** that the parties' Joint Motion for Approval of Stipulation and Order of Dismissal [Court Doc. No. 79] is **GRANTED**

SO ORDERED this 11th day of September, 2008.

                                                */s/ Harry S. Mattice, Jr.*
                                                HARRY S. MATTICE, JR.
                                                UNITED STATES DISTRICT JUDGE